UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

      At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, in the City of New York, on the 19th day of February, two thousand and fifteen,

_____

Document Security Systems, Inc.

v.

Coupons.com Incorporated

_____

**ORDER**
Docket Number: 14-4423

      This Court's Civil Appeal Management Program ("CAMP") has scheduled the pre-argument conference in the above-referenced appeal for <u>Friday, March 13, 2015 at 12:00pm (ET)</u>, with Lisa Greenberg, Circuit Mediator. The conference will be held via **telephone**. To initiate the conference**, please call (212) 857-8558** and enter the conference **ID# 8750**.

      **<u>Counsel, all parties, and representatives of any person or entity directly affected financially by the outcome of the litigation, including insurance representatives, must attend and participate in the conference</u>**. Counsel are directed to be fully prepared to discuss the legal merit of each issue on review before this court and narrow, eliminate, or clarify issues on appeal where appropriate.

      The individual conference PIN will be sent to each counsel and their client via e-mail two weeks prior to the conference date. **Please provide us with your client's name, title, and e-mail address so we can also provide them with call in information.** The PINs are unique to each caller and cannot be shared.

      Please confirm your availability with your adversary and this office upon receipt of this order. Unless instructed otherwise, you must allot up to three hours for this meeting. An email should be sent to [camp_support@ca2.uscourts.gov](mailto:camp_support@ca2.uscourts.gov) (or call (212) 857-8760) to note your participation, pose any questions, or request modification to the order.

> For The Court:
> Catherine O'Hagan Wolfe,
> Clerk of Court

